UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LINDA D. GILLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-CV-184-HBG |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

For the reasons set forth in the accompanying Order of Remand, the Court finds the Joint Motion for Entry of Judgment Under Sentence Four, 42. U.S.C. § 405(g) [**Doc. 19**] is **GRANTED**. Plaintiff's Motion for Summary Judgment [**Doc. 17**] is **DENIED AS MOOT**. Accordingly, this case is remanded pursuant to sentence four of 42 U.S.C. §405(g) to the Commissioner for further proceedings consistent with the Order of Remand.

**ENTER:**

_____
United States Magistrate Judge

ENTERED AS A JUDGMENT
  s/ *John L. Medearis*
  CLERK OF COURT